**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Daniel ESCOBAR–RICO, also known as Daniel Escobar, also known as Jose Daniel Escobar, Defendant–Appellant.**

No. 06–20420
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 13, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Lyons Rhodes Vela, Houston, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Daniel Escobar–Rico appeals from his guilty-plea conviction and sentence for attempting to enter the United States without consent after having been deported and after having been convicted of an ag-

gravated felony in violation of 8 U.S.C. § 1326. Escobar–Rico argues that the district court erred by imposing a 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii) based upon his Texas conviction for burglary of a habitation. His argument is foreclosed. *See United States v. Valdez–Maltos*, 443 F.3d 910, 911 (5th Cir.), *cert. denied*, —— U.S. ——, 127 S.Ct. 265, 166 L.Ed.2d 205 (2006); *United States v. Garcia–Mendez*, 420 F.3d 454, 456–57 (5th Cir.2005), *cert. denied*, —— U.S. ——, 126 S.Ct. 1398, 164 L.Ed.2d 100 (2006).

Escobar–Rico also challenges, in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the constitutionality of § 1326(b)'s treatment of prior convictions as sentencing factors rather than elements of the offense that must be found by a jury. His constitutional challenge is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). Although he contends that *Almendarez–Torres* was incorrectly decided and that a majority of the Supreme Court would overrule *Almendarez–Torres* in light of *Apprendi*, we have repeatedly rejected such arguments on the basis that *Almendarez–Torres* remains binding. *See United States v. Garza–Lopez*, 410 F.3d 268, 276 (5th Cir.), *cert. denied*, —— U.S. ——, 126 S.Ct. 298, 163 L.Ed.2d 260 (2005). Escobar–Rico properly concedes that his argument is foreclosed in light of *Almendarez–Torres* and circuit precedent, but he raises it here to preserve it for further review.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.